■ ROBERT G. KERLER, JR., Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Order and determination, State Division of Human Rights, dated February 27, 1984, unanimously confirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Silverman and Milonas, JJ.

(October 25, 1984)

■ H & R HATS AND NOVELTIES, INC., Appellant, v CITIBANK, N. A., Respondent, et al., Defendants. — Order, Supreme Court, New York County (Martin Evans, J.), entered on July 26, 1983, unanimously modified, without costs and without disbursements, to strike the demand for punitive damages and to otherwise deny the motion, and the complaint is reinstated. (See *H & R Hats & Novelties v Citibank, N. A.,* 102 AD2d 742.) No opinion. Concur — Murphy, P. J., Kupferman, Sullivan and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINT DERRICK GIBBS, Appellant. — Judgment, Supreme Court, Bronx County (Stanley Parness, J.), rendered on December 18, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Alexander, JJ.